BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001
Email: clozano@unioncounsel.net
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TITAN DVBE, INCORPORATED, a California Corporation,<br><br>　　　　　　Defendant. | No.   11-cv-05357-MEJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER THEREON** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*.  The parties have resolved this matter and Defendant is currently making payments to Plaintiffs.  Said voluntary dismissal without an order of the Court is appropriate, since Defendant has not filed an answer or responsive pleading in this matter.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

1   Pursuant to the resolution of this matter, the parties request that the Court maintain

2   jurisdiction over this case for six (6) months from December 22, 2011.

3   A Case Management Conference has been scheduled for February 16, 2012.  With this

4   Request for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated: December 22, 2011

                            WEINBERG, ROGER & ROSENFELD
                            A Professional Corporation

               By:  /s/  Concepcion E. Lozano-Batista
                    CONCEPCIÓN E. LOZANO-BATISTA
                    Attorneys for Plaintiffs

**[PROPOSED] ORDER**

12   The parties have resolved this matter and requested that this Court maintain jurisdiction

13   over the case.  IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing

14   Order without prejudice.  The Court shall maintain jurisdiction over this case until June 22, 2012.

15   The Case Management Conference set for February 16, 2012 is hereby vacated.

Dated:  1/3/12

                            MARIA ELENA JAMES
                            U.S. DISTRICT MAGISTRATE JUDGE

129239/649473

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 2 -

NOTICE OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
Case No. 11-cv-05357-MEJ